IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VINCENT J. COLEMAN     PLAINTIFF

v.     Civil No. 4:18-cv-4151

CAPTAIN ADAMS,
Miller County Detention Center     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 18, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 16) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion for Summary Judgement (ECF No. 16) is **GRANTED**, and Plaintiff's retaliation claim is **DISMISSED WITH PREJUDICE**. Because no claims remain in this lawsuit, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED**, this 27th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge